UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CARIOSCIA, CHRISTINE § Case No. 08-24678 SQU
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/23/2011 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2011          By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CARIOSCIA, CHRISTINE § Case No. 08-24678 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 10,004.19 |
| and approved disbursements of | $ 15.90 |
| leaving a balance on hand of[1] | $ 9,988.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,750.42 | $ 0.00 | $ 1,750.42 |
| Attorney for Trustee Fees: Cohen & Krol | $ 6,091.25 | $ 0.00 | $ 6,091.25 |
| Charges: Clerk of US Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: International Sureties Ltd. | $ 8.48 | $ 8.48 | $ 0.00 |
| Other: Cohen & Krol | $ 119.52 | $ 0.00 | $ 119.52 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 8,211.19 |
| Remaining Balance | $ 1,777.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,806.43 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | eCAST Settlement Corporation assignee of | $ 4,476.31 | $ 0.00 | $ 177.54 |
| 000002 | eCAST Settlement Corporation assignee of | $ 8,951.60 | $ 0.00 | $ 355.04 |
| 000003 | CHASE BANK USA | $ 13,044.68 | $ 0.00 | $ 517.37 |
| 000004 | Donald M. DeSalvo LTD | $ 300.00 | $ 0.00 | $ 11.90 |
| 000005 | American Express Centurion Bank | $ 3,251.24 | $ 0.00 | $ 128.95 |
| 000006 | LVNV Funding LLC | $ 14,782.60 | $ 0.00 | $ 586.30 |

Total to be paid to timely general unsecured creditors        $            1,777.10

Remaining Balance        $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-24678-JHS
Christine Carioscia                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 2           Date Rcvd: Aug 24, 2011
                              Form ID: pdf006         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2011.
```
db            Christine Carioscia,   401 Hillandale Drive,   Bartlett, IL  60103-8605
aty          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty          +Joseph E Cohen,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty          +Neil P Gantz,   Neil Gantz Law Offices,   105 W Madison St,   Chicago, IL 60602-4602
aty          +Yan Teytelman,   Russell Simon, Chapter 13 Trustee,   33 Bronze Pointe, Suite 110,
               Swansea, IL 62226-8311
tr           +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
12618962      American Express,   Box 0001,   Los Angeles, CA 90096-0001
12953956      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12894474     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349717      CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12618963      Chase,   Cardemember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
12618964     +Discover Card,   c/o CBCS,   236 East Town Street,   Columbus, OH 43215-4631
12618965     +Donald M. DeSalvo LTD,   625 Plainfield Road,   Suite 130,   Willowbrook, IL 60527-5356
12618966     +Financial Asset Management Systems,   1967 Lakeside Parkway,   Suite 402,   Tucker, GA 30084-5867
12636610     +HSBC Bank Nevada NA,   c/o Blatt Hasenmiller Leibsker,   125 S Wacker Dr STE 400,
               Chicago, IL 60606-4440
12618967      LVNV Funding LLC,   c/o Weltman, Weinberg & Reis Co.,,   323 W. Lakeside Ave., STE 200,
               Cleveland, OH 44113-1099
12618969     +Sears Gold Master Card,   c/o J.C. Christensen and Associates,   PO BOX 519,
               Sauk Rapids, MN 56379-0519
12636612     +Sears Gold Master Card,   c/o JC Christensen and Associates,   POB 519,
               Sauk Rapids, MN 56379-0519
12618970      TSYS Total Debt Management, Inc.,   P.O. Box 6700,   Norcross, GA 30091-6700
12618971      UFCW,   Union Plus Credit Card,   P.O. Box 17051,   Baltimore, MD 21297-1051
12618972      UFCW Platinum Mastercard,   Union Plus Credit Card,   PO Box 88000,   Baltimore, MD 21288-0001
12618973     +Valentine & Kebartas, Inc.,   P.O. Box 325,   Lawrence, MA 01842-0625
12889623      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13048150      E-mail/Text: resurgentbknotifications@resurgent.com Aug 25 2011 05:00:15     LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                               TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12636611*     LVNV Funding LLC,   c/o Weltman, Weinberg & Reis Co,   323 W Lakeside Ave Ste 200,
               Cleveland, OH 44113-1099
12636613*     UFCW,   Union Plus Credit Card,   POB 17051,   Baltimore, MD 21297-1051
12636614*     UFCW Platinum Mastercard,   Union Plus Credit Card,   POB 88000,   Baltimore, MD 21288-0001
12889647*     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480
12618968    ##Nationwide Credit, Inc.,   3600 E. University Dr,   Suite B1350,   Phoenix, AZ 85034-7296
                                                                                TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Aug 24, 2011
                              Form ID: pdf006          Total Noticed: 24

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2011**              **Signature:**          *Joseph Speetjens*